EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Leslie J. Martínez Botet | 2018 TSPR 177<br><br>201 DPR \_\_\_\_ |

Número del Caso: TS-16,521

Fecha: 30 de octubre de 2018

Abogado de la peticionaria:

      Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*

Leslie J. Martínez Botet          **Núm**. TS-16,521

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de octubre de 2018

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía* presentada por la Sra. Leslie J. Martínez Botet, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo